UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL RAMIREZ, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEALTHRIGHT 360, a California Corporation; HEALTHRIGHT 360 FOUNDATION, a California Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 3:23-cv-02601<br><br>**ORDER GRANTING MOTION AND STIPULATION TO STAY CASE**<br><br>Judge: Hon. Lisa J. Cisneros<br><br>Complaint Filed: April 19, 2023<br>Action Removed: May 25, 2023 |

# ORDER

PURSUANT TO THE PARTIES' JOINT MOTION AND STIPULATION TO STAY CASE, IT IS SO ORDERED, this case is hereby stayed in its entirety until January 31, 2024.

DATED: June 22, 2023

_____
HONORABLE JUDGE LISA J. CISNEROS